IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-mj-00010-WCM-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS H. AGNEW | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court *sua sponte* for case management purposes.

Thomas H. Agnew ("Defendant") was charged on March 11, 2022 by way of a Violation Notice with a seatbelt violation in the Eastern District of North Carolina. Doc. 1 at 1.

A bench warrant was issued for Defendant's arrest by the Hon. Robert B. Jones Jr., United States Magistrate Judge for the Eastern District of North Carolina, on October 7, 2022. Id. at 3.

The docket indicates that Defendant, who resides in Sylva, North Carolina, was arrested on February 2, 2023. Defendant's appearance was scheduled for February 3, 2023 in this district.

Also on February 2, 2023, Defendant's counsel filed, in the Eastern District of North Carolina, a Motion for Release from Custody and Reset Court Date. See E.D.N.C. file number 4:22–mj–1149–RJ, Doc. 10. Judge Jones

1

granted the motion the same day, directed that Defendant be released from custody, and set an initial appearance for Defendant in the Eastern District for February 15, 2023. Id. at Doc. 11.

The undersigned is advised that Defendant has now been released from custody.

Under these circumstances, it appears that Defendant is not available for a hearing in this district. Accordingly, the Clerk is **RESPECTFULLY DIRECTED** to close the court file in this district.

It is so ordered.

Signed: February 3, 2023

W. Carleton Metcalf
United States Magistrate Judge